**APPROVED**
*Judge Beth Labson Freeman*

1 | KEMNITZER, BARRON & KRIEG, LLP
  | KRISTIN KEMNITZER     Bar No. 278946
2 | ADAM J. MCNEILE       Bar No. 280296
  | 42 Miller Ave., 3rd Floor
3 | Mill Valley, CA 94941
  | Telephone: (415) 632-1900
4 | Facsimile: (415) 632-1901

5 | Attorneys for Plaintiff MONICA RODRIGUEZ

6 | MCGUIREWOODS LLP
  | BENJAMIN A. SITTER    Bar No. 273394
7 | JAMIE D. WELLS        Bar No. 290827
  | Two Embarcadero Center, Ste. 1300
8 | San Francisco, CA 94111
  | Telephone: (415) 844-9944
9 | Facsimile: (415) 844-9922

10 | Attorneys for Defendant SANTANDER CONSUMER USA INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, individually and on behalf of the general public, | **Case No. 5:20-cv-04573-SVK** |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| SANTANDER CONSUMER USA INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

1   The parties, by and through their respective counsel of record, hereby stipulate and
2   request an Order that the above-entitled action be dismissed, in its entirety, with prejudice.

Dated:  September 30, 2020						KEMNITZER, BARRON, & KRIEG, LLP


						By:	/s/ *Adam J. McNeile*
							ADAM J. MCNEILE
							Attorneys for Plaintiff MONICA RODRIGUEZ


Dated:  September 30, 2020						MCGUIREWOODS LLP


						By:	/s/ *Jamie D. Wells* (with permission)
							JAMIE D. WELLS
							Attorneys for Defendant SANTANDER
							CONSUMER USA INC.